**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | [redacted] 05 179 ML |
| | C.A. No. |
| v. | |
| LJ SITE DEVELOPMENT, INC. Defendant. | |

## COMPLAINT

### Introduction

1. This is an action to compel payment of contributions, interest, and penalties to an employee welfare benefit plan, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq.

### Parties and Jurisdiction

2. Plaintiff Teamsters Local 251 Health Services and Insurance Plan ("Local 251 HSIP" or "the Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

3. Plaintiff Paul A. MacDonald is the Executive Director of Local 251 HSIP.

4. Defendant LJ Site Development, Inc. is a corporation organized under the laws of State of Rhode Island, having its principal place of business in Cranston, Rhode Island. Defendant has the requisite minimum contacts with the State of Rhode Island.

5. Teamsters Local 251 is a "labor organization" within the meaning of 29 U.S.C. §152(5).

6. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e).



1

## Facts

7. Local 251 HSIP was established to provide various types of benefits, including medical, life, and disability, for certain Teamsters Local 251 members and dependents. The Fund is administered by a Board of Trustees consisting of management and union trustees.

8. Benefits as aforesaid are financed in part by employer contributions. The contribution rate is set by the collective bargaining agreement between Teamsters Local 251 and each employer.

9. The rights and obligations of Local 251 HSIP and each employer are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

10. The Trust Agreement provides, in relevant part, that each employer shall submit timely payroll reports of contributions, promptly pay contributions, and pay penalties and interest when in default.

11. Defendant LJ Site Development, Inc. is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

12. Notwithstanding the aforesaid obligations, Defendant has:

(a) Failed to file timely remittance reports for the period of October 2004 to the present;

(b) Failed to make timely contributions to Local 251 HSIP from the period of October 2004 to the present;

(c) Failed to make any contributions to Local 251 HSIP on behalf of Gary Ruotolo for the period of June 2004 through the present;

(d) Failed to file any remittance reports for the period of February 2005 to the present;

(e) Failed to make any contributions to Local 251 HSIP for the period of February

2005 to the present; and

(f) Otherwise failed to comply with the terms and conditions of the Trust Agreement.

13. By the aforesaid acts and omissions, Defendant has violated ERISA, 29 U.S.C. §1132(a)(3) and §1145.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Honorable Court:

(1) Award the Fund the following amounts:

a. the unpaid contributions;

b. interest on the unpaid contributions;

c. liquidated damages in an amount equal to the greater of interest on the unpaid contributions or 20% of the unpaid contributions;

d. all costs and reasonable attorneys' fees incurred by the Fund in connection with this action; and

(2) Permanently enjoin Defendant from violating its obligations under the terms of its collective bargaining agreements with Teamsters Local Union 251 and the Agreement and Declaration of Trust to make contributions and reports to the Fund; and

(3) Order such other and further relief as this Court deems just and proper.

Dated: April 26, 2005

Respectfully submitted,
On behalf of Plaintiffs,
By ~~their~~ attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702