**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 05-179ML |
| v. | : | |
| LJ SITE DEVELOPMENT, INC. Defendant. | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: May 24, 2005



3

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 24th day of May, 2005, to the following parties of record:

Alfred A. Russo, Esq. R/A/S
LJ Site Development
1405 Plainfield Pike
Johnston, RI 02919

Stacey Izzo, President
LJ Site Development
1405 Plainfield Pike
Johnston, RI 02919

Kerrie L Karwoski