# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LOCAL 251 PLAN, et al

v. CA 05-179ML

LJ SITE DEVELOPMENT

## ORDER

The above-captioned case was filed on April 27, 2005 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 30, 2005

Entered as an Order of this Court on September 30, 2005

Barbara Barletta
Deputy Clerk