**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 05-179ML |
| v. | : | |
| LJ SITE DEVELOPMENT, INC. Defendant. | : | |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's September 30, 2005 show cause order in the above-captioned matter. In support thereof, Plaintiffs state as follows:

1. On or about May 25, 2005, Default was entered against Defendant due to Defendant's failure to respond.

2. Since July of 2005, Plaintiffs have engaged in negotiations with Defendant in an attempt to settle this case.

3. Plaintiffs and Defendant are in agreement regarding the amounts Defendant owes and plan to file a consent judgment in this matter within the next week.

4. If the parties are unable to agree on a consent judgment, Plaintiffs will file a Motion for Entry of Default Judgment.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 12 day of October, 2005, to the following party:

Alfred A. Russo, Esq. R/A/S
LJ Site Development
1405 Plainfield Street
Johnston, RI 02919